# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

GLORIA PITTS, LINNIE D.
JAMES, AND SANDRA WILLIAMS

VERSUS

BIO-MEDICAL APPLICATIONS OF
LOUISIANA, LLC D/B/A AMITE
ARTIFICIAL KIDNEY CENTER
A/K/A FRESENIUS KIDNEY CARE
AMITE, FRESENIUS MEDICAL
CARE LOUISIANA DIALYSIS
GROUP, LLC, TANGIPAHOA
PARISH HOSPITAL SERVICE
ISSUE #2 D/B/A HOOD MEMORIAL
HOSPITAL, DR. CLAUDE C.
CRAIGHEAD, III, LOUISIANA
MEDICAL MUTUAL INSURANCE
COMPANY, AND CONTINENTAL
CASUALTY COMPANY

NO.  2024 CW 0492

**AUGUST 12, 2024**

---

In Re:    Fresenius Medical Care Louisiana Dialysis Group, LLC,
          Bio-Medical Applications of Louisiana, LLC D/B/A Amite
          Artificial Kidney Center A/K/A Fresenius Kidney Care
          Amite and Continental Casualty Company, applying for
          supervisory writs, 21st Judicial District Court, Parish
          of Tangipahoa, No. 20180002952.

---

BEFORE:   **WOLFE, MILLER, AND GREENE, JJ.**

   **WRIT DENIED.**

EW
SMM

   **Greene, J.,** dissents and would grant the writ application. I find defendants, Fresenius Medical Care Louisiana Dialysis Group, LLC, Bio-Medical Applications of Louisiana, LLC d/b/a Amite Artificial Kidney Center a/k/a Fresenius Kidney Care Amite and Continental Casualty Company, met their burden of proof on their exception of no right of action. **Williams v. Genuine Parts Co.,** 2014-0857 (La. App. 1st Cir. 1/8/15), 2015 WL 127974, *3 (unpublished). The birth certificates entered into evidence establish the decedent, Vernon Williams, and plaintiff, Gloria Pitts, do not have the same father or mother, as no father is identified in either birth certificate, and Vernon's mother is identified as Ada Bell Williams and Gloria's mother is identified as Isabel Williams. Except for delayed or altered certificates, every original certificate on file in the vital records registry is *prima facie* evidence of the facts stated therein. La. R.S. 40:42. The testimony of Gloria Pitts regarding the identity of her mother is not competent to establish Isabel Williams is not her mother because such is the mere repetition of information she was told by persons who are now deceased and cannot be called to testify, and of which she is precluded from having personal knowledge. **Succession of Gore,** 2017-68 (La. App. 5th Cir. 5/31/17), 223 So.3d 628, 632-633. Thus, I would reverse the trial court's April 11, 2024 judgment denying the exception of no right

of action filed by Fresenius Medical Care Louisiana Dialysis Group, LLC, Bio-Medical Applications of Louisiana, LLC d/b/a Amite Artificial Kidney Center a/k/a Fresenius Kidney Care Amite and Continental Casualty Company, and grant this exception, dismissing all claims of plaintiff, Gloria Pitts, against Fresenius Medical Care Louisiana Dialysis Group, LLC, Bio-Medical Applications of Louisiana, LLC d/b/a Amite Artificial Kidney Center a/k/a Fresenius Kidney Care Amite and Continental Casualty Company.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT